


U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 28, 2008

**BY HAND**

**MEMO ENDORSED**

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

   Re: <u>United States v. Gregory Cooper et al.</u>,
     08 Cr. 356

Dear Judge Fox:

  The United States hereby requests that the indictment in the above-captioned case be unsealed. The indictment was filed on April 23, 2008, and charges four defendants in two counts. The defendants have been arrested. Thank you very much for your assistance in this matter.

           Respectfully Submitted,

           MICHAEL J. GARCIA
           United States Attorney

      By: _____
        Nicholas McQuaid
        Assistant United States Attorney
        (914) 993-1936



4/28/08

Application Granted
So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York