Sealed

ORIGINAL

CR 12 (Rev. 5/03)

## WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ZACHARY CUTLER<br>a/k/a "Josh Carter" | DOCKET NO. | MAGISTRATE'S CASE NO.<br>8cr356 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ZACHARY CUTLER<br>a/k/a "Josh Carter" | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X☐ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Commit Mail and Wire Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>1349 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>George A. Yanthis | DATE ORDERED<br>4/23/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED<br>4/23/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>4/23/08 | NAME AND TITLE OF ARRESTING OFFICER<br>David A. Comer<br>Postal Inspector | SIGNATURE OF ARRESTING OFFICER<br>David A. Comer |
|---|---|---|
| DATE EXECUTED<br>4/28/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.