BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

May 6, 2008

(914) 946-5900
FAX (914) 946-5906

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

**MEMO ENDORSED**

VIA FAX (914) 390-4152
Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: USA v. Zachary Cutler
08 CR 356 (KMK)

Dear Judge Karas:

I am writing to request permission for Zachary Cutler to leave the Southern District of New York on two occasions this month.

Mr. Cutler had paid for a trip to Orlando, Florida before his arrest in this case. He and his girlfriend plan to leave New York on Sunday, May 11 and return on Friday, May 16, 2008.

Mr. Cutler is also planning on attending a wedding in Old Tappan, New Jersey on May 25, 2008. The wedding is scheduled during the day and he will be returning to New York that same day.

Mr. Cutler was released on bail without pretrial supervision. Assistant United States Nicholas McQuaid has consented to both of the above-mentioned travel requests but has asked that if this request is granted that Mr. Cutler contact Pretrial Services before he leaves and make arrangements with Pretrial Services to notify the agency of his travel itinerary and comply with any reporting requests deemed necessary. Mr. McQuaid has advised me that Pretrial Services is willing to assist in this supervision of Mr. Cutler while out of the District.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/jlr
cc: AUSA Nicholas McQuaid
Pretrial Services

*Granted with the condition that Mr. Cutler contact Pretrial Services and provide them with 24-hour contact information before both trips. SO ORDERED.*

KENNETH M. KARAS U.S.D.J.
5/7/08