```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      GOVERNMENT'S
                                           FORFEITURE BILL
          -v-                       :      OF PARTICULARS

GREGORY COOPER,                     :
     a/k/a "Thornton Lockheed,"
LAWRENCE BURKE,                     :      08 Cr. 356 (KMK)
     a/k/a "Clover Hill,"
     a/k/a "John Byron,"            :
RICCARDO WHITE,
     a/k/a "Frank White,"           :
     a/k/a "Marc Allen," and
ZACHARY CUTLER,                     :
     a/k/a "Josh Carter,"
                                    :
          Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Indictment as alleged in the Forfeiture Allegation, includes the following:

>   (a) At least $1,174,812.90 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense; and

>   (b) The real property and appurtenances thereto known generally as 60 Greenwich Avenue, Central Valley, New York, 10917-3718, Section 48, Block 1, Lot 49, Orange County, New York.

The Government further provides notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Indictment, as alleged in

the Forfeiture Allegation as a substitute asset, includes the following:

    (a) The real property and appurtenances thereto known generally as 60 Greenwich Avenue, Central Valley, New York, 10917-3718, Section 48, Block 1, Lot 49, Orange County, New York.

Dated:    New York, New York
           July 2, 2008

                Respectfully Submitted,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
     Sharon Cohen Levin
     Assistant United States Attorney
     Telephone: (212)637-1060

**AFFIRMATION OF SERVICE**

      Sharon Cohen Levin, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York.

      That on July 2, 2008, I caused one copy of the attached Bill of Particulars to be delivered by certified mail, return receipt requested to all counsel of record.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
           July 2, 2008

                                              AUSA Sharon Cohen Levin