UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GREGORY COOPER et al,

               Defendants.

08-CR-356 (KMK)

<u>ORDER</u>

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

KENNETH M. KARAS, District Judge:

    At a conference held before the Court on July 29, 2008, the Court adopted the following briefing schedule: Defendants will file their motions by August 27, 2008; the Government will respond by September 9, 2008; and Defendants will reply by September 19, 2008. Parties will then return for a conference (and oral argument on the motions) on October 3, 2008, at 2:30 p.m.

    During the July 29, 2008 conference, the Court also held a *Curcio* hearing and found that Defendant Cooper had appropriately waived his attorney's potential conflict in this case. Although the Court is satisfied that the waiver of the poential conflict is valid, the Court will continue to monitor this situation as the case moves forward.

    Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until October 3, 2008.

SO ORDERED.
DATED:    August 5, 2008
             White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE